# LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020

May 27, 2020

**VIA ECF**

Robert W. Lehrburger, United States Magistrate Judge
United States District Court for the Southern District of New York
500 PEARL ST COURTROOM 18D
NEW YORK, NY  10007-1312

Re: *Bishop v. Baz Bagel and Restaurant LLC*, 20 CV 392 (PGG) (RWL)

Dear Judge Lehrburger:

    This firm represents the plaintiff in the above-referenced action. The defendant consents to plaintiff's letter motion to adjourn today's conference and stay all deadlines for forty-five days. The plaintiff submits this letter to amend the letter motion made earlier today.

    I thank the Court for its time and consideration.

The parties' joint request for a 45-day adjournment of the initial conference scheduled for today, May 27, 2020 at 3:00 p.m. is GRANTED.  The parties are directed to coordinate with the Deputy Clerk to set a date for the initial pretrial conference, and are further directed to inform the Court if a settlement is reached and an order of dismissal is warranted.

Respectfully submitted,

*John Gurrieri*

John M. Gurrieri

SO ORDERED:

5/27/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE