```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CEDRIC BISHOP,

                      Plaintiff,

        - against -

BAZ BAGEL AND RESTAURANT, LLC,

                      Defendant.
-------------------------------------------------------------X

20 Civ. 0392 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Initial Pretrial Conference in this matter, originally scheduled for May 27, 2020, was adjourned for 45-days at the parties' request. By September 21, 2020, the parties shall either coordinate with my Courtroom Deputy to reschedule the Initial Pretrial Conference or shall submit a joint letter explaining why an Initial Pretrial Conference should not be held.

                                      SO ORDERED.

                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:     September 11, 2020
               New York, New York

Copies transmitted to all counsel of record.